UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 22-cr-00197 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| HOWARD DAVIS (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendant's Motion to Suppress (Doc. 22) be denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of March, 2023.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE