```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF LOUISIANA
                   SHREVEPORT DIVISION

UNITED STATES OF AMERICA         NO. 5:22-cr-00197-1

VERSUS                           U.S. JUDGE FOOTE

HOWARD DAVIS                     U.S. MAGISTRATE JUDGE HORNSBY
```

### HOWARD DAVIS' MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 29

COMES NOW DEFENDANT, HOWARD DAVIS, who, through undersigned counsel, with respect, represents:

1.

On June 13, 2022, the jury returned a verdict of guilty as charged.

2.

For the reasons set forth in the accompanying memorandum, the Government failed to prove beyond a reasonable doubt that Mr. Davis knew the cocaine at issue herein was in the trunk of the vehicle Mr. Davis was driving–that he knowingly possessed the cocaine in a vehicle owned by Dechona Michelle Bullock, Mr. Davis' common-law wife, solely because he was driving the car when it was stopped and searched–or that Mr. Davis possessed the cocaine with the intent to distribute it–that he had the ability to reduce the cocaine to actual possession, solely because he was driving Ms. Bullock's car when it was stopped and searched.

WHEREFORE, Mr. Davis respectfully requests this Court grant his motion for judgment of acquittal and enter a judgment of acquittal in his favor.

<br>

| | |
|---|---|
| 6/27/23<br>Date | /s/ Douglas Lee Harville<br>Douglas Lee Harville, #27235<br>The Harville Law Firm, LLC<br>P.O. Box 52988<br>Shreveport, LA 71135-2988<br>Telephone: (318) 222-1700<br>Telecopier: (318) 222-1701<br>lee.harville@theharvillelawfirm.com<br>Counsel for Howard Davis |

**CERTIFICATE**

    I HEREBY CERTIFY that on June 27, 2023, a copy of the above and foregoing, HOWARD DAVIS' MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 29, was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the United States Attorney's Office by operation of the court's electronic filing system.

    Shreveport, Louisiana, this 27th day of June, 2023.

                              /s/ Douglas Lee Harville
                              Douglas Lee Harville, #27235